IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| Richard Morris, | ) | Case No.: 05-00386-BGC-7 |
| Debtor. | ) | |
| Penny Morris, | ) | |
| Plaintiff, | ) | |
| vs. | ) | A. P. No.: 05-00062 |
| Richard Morris, | ) | |
| Defendant. | ) | |

## ORDER

In conformity with and pursuant to the Memorandum Opinion entered contemporaneously herewith, it is **ORDERED, ADJUDGED AND DECREED** that:

1. Judgment is entered in favor of the Plaintiff Penny Morris and against the Defendant Richard Morris;

2. All of the debts identified in the parties' <u>Final Judgment of Divorce</u> entered by the Tenth Judicial Circuit Court of Alabama on March 22, 2004, are excepted from discharge in this Chapter 7 case. The Court will leave for the state court to determine the amount owed;

3. This order is a written opinion for purposes of the E-Government Act, Pub. L. No. 107-347.

Dated: March 17, 2006     /s/Benjamin Cohen
                          BENJAMIN COHEN
                          United States Bankruptcy Judge

BC:pb